```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
```

**SUZETTE JONES**                                    *

      **Plaintiff,**                        *

  **vs.**                                         * Case No. 1:21-CV-00268-GLR

**PRESTIGE HOSPITALITY GROUP, LLC** *

      **Defendant.**                         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Suzette Jones, by her undersigned attorneys, hereby dismisses, without prejudice, all claims raised in the above-captioned claim. Counsel for Defendant, Prestige Hospitality Group, LLC, Jolene K. Murray, consents to the filing of the Stipulation of Dismissal Without Prejudice.

                                      Respectfully submitted,

                                      _____/s/_____
Thomas C. Costello (Bar No. 22978)
Matthew T. Holley (Bar No. 19001)
Costello Law Group
409 Washington Avenue, Suite 410
Towson, Maryland 21204
(410) 832-8800 (telephone)
(410) 832-8807 (facsimile)
tcc@costellolawgroup.com
mth@costellolawgroup.com

Attorneys for Plaintiff,
Suzette Jones

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of November, 2021, a copy of the foregoing document was served via electronic mail to:

>Jolene K. Murray (Bar No. 29664)
>Hartel, DeSantis & Howie, LLP
>7467 Ridge Road
>Suite 100
>Hanover, Maryland 21076
>(301) 486-1200 (telephone)
>(443) 749-5150 (facsimile)
>jmurray@hdhlegal.com
>
>Attorney for Defendant,
>Prestige Hospitality Group, LLC

_____/s/_____
Matthew T. Holley